UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        1:09cv68 - MMP/AK

SEAN M. DOWIE,

        Defendant.
_____/

## CONSENT JUDGMENT

The parties, in person and by counsel, agree and stipulate as follows:

1. That the defendant, Sean M. Dowie, is subject to the jurisdiction of this Court. Defendant accepts service of process under Rule 4 of the Federal Rules of Civil Procedure and acknowledges actual receipt of the Complaint.

2. That this amount is a debt to the United States as defined by 20 U.S.C. 1071 et seq. for student loans guaranteed by the Department of Education.

3. Pursuant to an agreement between the parties, that judgment should be entered against the defendant in the principal sum of $26,015.26, plus interest in the amount of $14,008.70, plus costs of court in the sum of $350.00.

WHEREFORE, Judgment is entered against the defendant in the sum of $40,373.96 (principal $26,015.26; plus interest $14,008.70; and costs of the court $350.00). Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a).

THOMAS F. KIRWIN
United States Attorney

_____
Sean M. Dowie
Defendant

_____
Paul Alan Sprowls
Assistant United States Attorney

APPROVED AND SO ORDERED:

March 2, 2010
Date

_____
Maurice M. Paul
United States District Judge

Copies to:

Paul Alan Sprowls